| | |
|---|---|
| 1 | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney |
| 2 | |
| 3 | THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division |
| 4 | THOMAS R. GREEN  (CABN 203480)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, CA 94612 |
| 7 | Telephone: (510) 637-3695<br>Fax: (510) 637-3724<br>E-Mail: Thomas.Green@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RAMELL JERMAINE JENKINS,<br>  a/k/a Raymond Jenkins,<br>  a/k/a Darnell Tommy Foster,<br><br>  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | NO. 4:21-CR-0174 JSW<br><br>(Form 12 Supervised Release Violation Petition) |
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RAMELL JERMAINE JENKINS,<br>  a/k/a Raymond Jenkins,<br>  a/k/a Darnell Tommy Foster,<br><br>  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | NO. 4:23-CR-00363-JST<br><br>(Information Filed October 17, 2023)<br><br>**NOTICE OF RELATED CASES<br>IN A CRIMINAL ACTION** |

NOTICE OF RELATED CASES
4:21-CR-0174 JSW; 4:23-CR-00363-JST                1

1 | The United States, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the above-captioned criminal cases are related.

The defendant, Ramel Jermaine Jenkins, stands before the Court to face supervised release charges in Case No. 21-cr-0174 JSW and new criminal charges in Case No. 23-cr-00363-JST. The conduct that underlies the single count in the Information filed in Case No. 23-cr-00363-JST is the same conduct that forms the basis for the supervised release violation charges in Case No. 21-cr-0174 JSW.

Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

DATED: October 18, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*/s/ Thomas R. Green*
THOMAS R. GREEN
Assistant United States Attorney

CERIFICATE OF SERVICE BY EMAIL

I, Kay Konopaske, declare that I am a citizen of the United States, over the age of 18 years and not a party of the within action. I hereby certify that PDF copies of the foregoing:

**NOTICE OF RELATED CASES and INFORMATION IN CASE 4:23-CR-00363-JST**

were e-mailed to Joyce Leavitt, counsel for defendant, at the following e-mail address: Joyce_Leavitt@fd.org, on October 18, 2023.

I declare under penalty of perjury that the foregoing is true and correct, and that this certificate was executed at Oakland, California.

Dated October 18, 2023              */s/ Kay E. Konopaske*
                                    KAY E. KONOPASKE
                                    Legal Assistant